IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISON

JOE OWENS

    Plaintiff,

vs.

CENTRAL CREDIT SERVICES, INC.

    Defendant.

Civil Action No. 5:07-cv-04029

## DISMISSAL WITH PREJUDICE

Plaintiff Joe Owens, by his attorney Ray Johnson, hereby dismisses the above-captioned matter with prejudice pursuant to a settlement agreement between the parties.

Respectfully submitted,

_____
RAY JOHNSON
Johnson Law Firm
950 Office Park Rd.
Suite 335
W. Des Moines, Iowa 50265
Phone: (515) 224-7090
Fax: (515) 222-2656
Johnsonlaw29@aol.com